UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL OLIVERA,<br><br>            Plaintiff,<br><br>     v.<br><br>MATTHEW CATE, et al.,<br><br>            Defendants. | No.  2:13-cv-2376 CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action.  Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.  By an order filed November 21, 2013, plaintiff was ordered to file a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement; he was cautioned that failure to do so would result in dismissal of this action.  The thirty day period has now expired, and plaintiff has not filed a completed in forma pauperis application.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated:  January 8, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 /oliv2376.fifp